# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

MWH AMERICAS, INC.,

                Plaintiff,

    v.

NORTH SLOPE BOROUGH,

                Defendant.

Case No. 3:16-cv-00215-SLG

## ORDER OF DISMISSAL

Pursuant to the Court's Text Order to Show Cause of December 14, 2016 (Docket 5), Plaintiff was accorded until December 28, 2016 to file Proof of Service or respond to the Order to Show Cause why service had not been effected pursuant to Rule 4(m), Federal Rules of Civil Procedure. As of the date of this order, the Court has received no response from Plaintiff. Plaintiff was informed that failure to comply with the December 14, 2016 Text Order would result in the dismissal of the complaint.

In light of the foregoing, IT IS HEREBY ORDERED that this case is DISMISSED.

DATED this 10th day of January, 2017 at Anchorage, Alaska.

                                                */s/ Sharon L. Gleason*
                                                UNITED STATES DISTRICT JUDGE