## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

MWH AMERICAS, INC.,
      Plaintiff,

Case Number 3:16-cv-00215-SLG

v.

NORTH SLOPE BOROUGH,
      Defendant.

**JUDGMENT IN A CIVIL CASE**

**DECISION BY COURT.** This action came to trial or decision before the Court. The issues have been tried or determined and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED:

    THAT this case is DISMISSED.

APPROVED:

Sharon L. Gleason
Sharon L. Gleason
United States District Judge

Date: January 12, 2017

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

Lesley K. Allen
Lesley K. Allen,
Clerk of Court

[Jmt2 - Basic - rev. 1-13-16}